**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARDELL McMILLIAN,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **April 13, 2015 at 9:00 a.m.**  It is

    ORDERED THAT all pretrial motions shall be filed by **February 25, 2015** and responses to these motions shall be filed by **March 4, 2015**.  It is further

    ORDERED that a Trial Preparation Conference is set for **April 3, 2015 at 1:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED this 11th day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge