**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   July 27, 2015 |
| Court Reporter:  Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:  MariJo Paul | |

**CASE NO.   14-cr-00264-RM**

<u>Parties</u>                                                                              <u>Counsel</u>

UNITED STATES OF AMERICA,                                        Robert Brown

　　　　　Plaintiff,

v.

1.  CARDELL MCMILLIAN,                                             Adam Tucker

　　　　　Defendant.

---

**COURTROOM MINUTES**

---

**SENTENCING HEARING**
**COURT IN SESSION:      1:01 p.m.**
Appearances of counsel.    Defendant is present and in custody.

Defendant entered his plea on April 24, 2015, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

The Government orally moves for the third point for acceptance of responsibility.

**ORDERED:**  The Government's oral motion for the third point for acceptance of responsibility is GRANTED.

Discussion held regarding Defendant's pending motions and objections.

Court's findings regarding Defendant Cardell McMillian's Motion for a Downward Departure from Advisory Guideline Range Sentence Pursuant to 18 U.S.C. § 3553 (Doc. 35) and regarding Defendant Cardell McMillian's Motion for Variance to Base Offense Level and Sentencing Range Pursuant to 18 U.S.C. § 3553 (Doc. 36).

**ORDERED:**   Defendant Cardell McMillian's Motion for a Downward Departure from Advisory Guideline Range Sentence Pursuant to 18 U.S.C. § 3553 (Doc. 35) is DENIED as stated on the record.

**ORDERED:**   Defendant Cardell McMillian's Motion for Variance to Base Offense Level and Sentencing Range Pursuant to 18 U.S.C. § 3553 (Doc. 36) is GRANTED in part and DENIED in part as stated on the record.

Government's counsel addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, CARDELL MCMILLIAN, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **48 months, to be served consecutively to any state sentence previously imposed.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years**.

**ORDERED:   Mandatory Conditions** of Supervised Release that:
  - (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
  - (**X**)   Defendant shall not commit another federal, state or local crime.
  - (**X**)   Defendant shall not illegally possess controlled substances.
  - (**X**)   Defendant shall not possess a firearm, ammunition, or destructive device.
  - (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
  - (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
  - (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:   Special Condition** of Supervised Release that:
  - (**X**)   Defendant shall participate in and successfully complete a program of

testing and treatment for substance abuse as approved by the probation officer until such time as defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.   Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

(**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

(**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.   Defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

(**X**) Defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer.   Failure to submit to search may be grounds for revocation of release.   Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.   An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.   Any search must be conducted at a reasonable time and in a reasonable manner.

(**X**) Defendant shall maintain separate personal and business finances and shall not comingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.   For any approved business activity, the defendant shall maintain business records.   Defendant shall provide all requested documentation and records to the probation officer regarding any of his business activities as requested by the probation officer.

(**X**) Defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **2:01 p.m.**
Hearing concluded.
Total time:             1:00